UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PUCK,
    Plaintiff,

-vs-                                            Case No. 1:15-cv-196
                                                                         Hon. Janet T. Neff

CAVALRY SPV I, LLC,
    Defendant.

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the parties that they have reached an agreement to settle the above-captioned matter and upon the stipulation of the parties, it is

ORDERED, that the above-captioned action be dismissed, with prejudice, and without costs, sanctions or attorney's fees to any party; and it is further

ORDERED, that the Court, only for the purpose of enforcing the settlement of this matter, shall ~~either: (1)~~ retain jurisdiction ~~for a period of 45 days from the entry of its Order dismissing the above-captioned action; or (2) entertain a motion to re-docket the above-captioned action within 45 days from the entry of its Order dismissing the action~~. JTN


Dated:  April 13, 2016                              /s/ Janet T. Neff
                                                                      JANET T. NEFF
                                                                       United States District Judge

Stipulated To By:

| | |
|---|---|
| LYNGKLIP & ASSOCIATES<br>CONSUMER LAW CENTER, PLC | PILGRIM CHRISTAKIS LLP |
| /s/ Carl Schwartz<br>Carl Schwartz (P-70335)<br>Attorney for Plaintiff<br>24500 Northwestern Highway, Ste. 206<br>Southfield, MI 48075<br>(248) 208-8864<br>carl@michiganconsumerlaw.com | /s/ Jason Julien (w/consent)<br>Jason Julien<br>Attorney for Defendant<br>321 N. Clark Street<br>Chicago, IL 60654<br>(313) 924-1773<br>jjulien@pilgrimchristakis.com |

Dated: April 12, 2016